FILED'07 NOV 20 12:56USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| C.K., et al., | ) | |
| | ) | Civil No. 07-383-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| DANIEL ALCAZAR, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that Plaintiff's Stipulated Motion for Dismissal [22-1] as to Defendant Gresham Barlow School District is GRANTED.

Dated this 19th day of November, 2007.

by _____
Anna J. Brown
United States District Judge