IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Donna Ranton-Ried, Guardian ad litem for minor C.K., )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>DANIEL ALCAZAR, et al., )<br>)<br>Defendant(s). ) | Civil No. 07-383-PK<br><br>**ORDER DISMISSING DEFENDANT ACADEMY OF ALTERNATIVES, INC.** |

Based on the record,

IT IS ORDERED that the Stipulated Motion for Dismissal [29-1] as to Defendant Academy of Alternatives Inc. is GRANTED and that all claims against this defendant are DISMISSED with prejudice and without an award of attorney fees, costs, or disbursements.

Dated this 25th day of February, 2008.

by _____
Anna J. Brown
United States District Judge